MEYER COHEN, Landlord, Appellant, *v.* MURRAY WALKER, Doing Business as WALKER DENTAL LABORATORY, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, January 20, 1949.

*Jack N. Blinkoff* and *William Altschiller* for appellant.

*Aaron L. Moses* for respondent.

*Per Curiam.* The tenant having been convicted of unlawful practice of dentistry in the demised premises, this was a use of the premises for an illegal purpose and entitled the landlord to dispossess the tenant, under subdivision (b) of section 8 of chapter 3 of the Laws of 1945, as amended, and it was error to award a final order in favor of the tenant. A continuous indulgence or the commission of more than one illegal practice was not required to be shown to entitle the landlord to a final order. Subdivision (b) of section 8 imposes no such requirement.

The final order should be reversed, with $30 costs, and final order directed for landlord, as prayed for in petition, with costs.

HAMMER, EDER and HECHT, JJ., concur.

Final order reversed, etc.